GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KRAVITZ, SCHNITZER, SLOANE &
  JOHNSON, CHTD.
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Direct:  702 222-4142
Office:  702 362-6666
Fax:     702 362-2203
Email:  gschnitzer@kssattorneys.com
        mmorgan@kssattorneys.com
**Attorneys for Litton Loan Servicing LP**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MERLY CS RIGER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION, METLIFE HOME LOANS a division of METLIFE BANK, N.A., FIRST AMERICAN TITLE OF NORTHERN NEVADA, QUALITY LOAN SERVICE CORP., FIRST NATIONAL BANK OF NEVADA, LITTON LOAN SERVICING, LP, WESTERN TITLE COMPANY, INC., HOMETOWN MORTGAGE, LLC, U.S. BANK, N.A., CHICAGO TITLE AGENCY OF NEVADA, INC. dba UNITED TITLE OF NEVADA, NATIONAL DEFAULT SERVICING CORPORATION, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>　　　　　　Defendants. | Case No. 3:10-cv-0233<br><br>**LITTON LOAN SERVICING LP'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 7.1-1** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1 of the United States District Court for the District of Nevada, the undersigned, counsel of record for defendant Litton Loan Servicing LP, certifies that the following have an interest in the outcome of this case: Litton Loan Servicing LP; Litton Consumer and Corporate Servicing LLC; Litton

Mortgage Servicing LLC; and The Goldman Sachs Group, Inc.

Defendant Litton Loan Servicing LP ("Litton") is a limited partnership. Litton's general partner is Litton Consumer and Corporate Servicing LLC and its limited partner is Litton Mortgage Servicing LLC. The ultimate corporate parent of the limited partnership is The Goldman Sachs Group Inc., a publicly traded company.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 22nd day of April, 2010.

Respectfully submitted,

/s/ Gary Schnitzer
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Direct:  702 222-4142
Office:  702 362-6666
Fax:     702 362-2203
Email:  gschnitzer@kssattorneys.com
            mmorgan@kssattorneys.com
**Attorneys for Litton Loan Servicing LP**

**CERTIFICATE OF SERVICE**

    Pursuant to Local Rule 5-1, I hereby certify that on April 22, 2010, I electronically transmitted the above **Litton Loan Servicing LP's Certificate Of Interested Parties Pursuant To Fed. R. Civ. P. 7.1 And L.R. 7.1-1** to the Office of the Clerk of the United States District Court for the District of Nevada using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in this matter; all counsel being registered to receive Electronic Filing and mailing a copy of the foregoing to the following:

Robert R. Hager, Esq.
Treva J. Hearne, Esq.
HAGER & HEARNE
245 E. Liberty, Suite 110
Reno, Nevada 89501
*Attorneys for Plaintiff*

                                          /s/Donna M. Adams
                                          An Employee of Kravitz, Schnitzer, Sloane & Johnson, Chtd.