EXHIBIT "1"

EXHIBIT "1"

# AFFIDAVIT OF TREVA J. HEARNE, ESQ.

State of Nevada      )
                     ) ss.
County of Washoe     )

Your Affiant, under penalties of perjury, hereby states as follows:

1. That this office represents Merly Riger.

2. That Mrs. Riger is presently faced with foreclosure and has made offers to Quality Loan Service Corp. and First Horizon Home Loan to pay up the mortgage on the Kodiak Circle address to current status. Neither the servicers, First Horizon, nor Quality Loan Service Corp. who now purports to be the Trustee for 1770 Kodiak Circle, Reno, Nevada, will respond to her requests, offers, or any other communication she has made to them.

3. That Mrs. Riger is presently faced with foreclosure and has made efforts to negotiate the loan with Quality Loan Service Corp. and Litton Loan Servicing to modify the mortgage on the Anthem Drive address. Neither the servicers, Litton Loan Servicing, nor Quality Loan Service Corp. who now purports to be the Trustee for 12040 Anthem Drive, Sparks, Nevada, will respond to her requests, offers, or any other communication she has made to them and has recently refused to continue the sale date.

4. That Mrs. Riger is presently faced with foreclosure and has made efforts to National Default Servicing Corporation to modify the mortgage on the Kirman Avenue and Yori Avenue addresses. Neither the servicers, Hometown Mortgage LLC, nor National Default Servicing Corporation who now purports to be the Trustee for 1800 Kirman Avenue, Reno, Nevada and 1650 Yori Avenue, Reno, Nevada, will respond to her requests, offers, or any other communication she has made to them and has recently refused to continue the sale date.

1      5.    That Mrs. Riger requests that this Honorable Court enter a temporary restraining order and preliminary injunction that would prohibit Defendants Metlife, Quality Loan Service Corp., Litton Loan Servicing, LP, U.S. Bank, and National Default Servicing Corporation their agents, employees, attorneys, and anyone acting on their behalf, from taking possession of, selling the homes of the Merly Riger to third parties, ejecting the Mrs. Riger or in any other manner interfering with the peaceful enjoyment and possession of Merly Riger by and that no bonds be required of the Plaintiff because no damages are ascertainable to the Defendants.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 7th day of April, 2010.

_____
TREVA J. HEARNE, ESQ.

Subscribed to and sworn
Before me this 7th day of April, 2010.

_____
Notary Public

JENNIFER J. SHARP
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 99-59108-2 · Expires October 15, 2011

2