Patrick G. Byrne (Nevada Bar No. 7636)
pbyrne@swlaw.com
Erica J. Stutman (Nevada Bar No. 10794)
estutman@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200

Attorneys for Defendant,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MERLY CS RIGER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION, METLIFE HOME LOANS a division of METLIFE BANK, N.A., FIRST AMERICAN TITLE OF NORTHERN NEVADA, QUALITY LOAN SERVICE CORP., FIRST NATIONAL BANK OF NEVA, LITTON LOAN SERVICING, LP, WESTERN TITLE COMPANY, INC., HOMETOWN MORTGAGE, LLC, U.S. BANK, N.A., CHICAGO TITLE AGENCY OF NEVADA, INC. dba UNITED TITLE OF NEVADA, NATIONAL DEFAULT SERVICING CORPORATION, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>　　　　　Defendants. | Case No. 3:10-cv-00233-RCJ-VPC<br><br>**DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

　　　　Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, hereby files its Corporate Disclosure Statement and Certificate as to Interested Parties.

　　　　The undersigned, counsel of record for MERS certifies that the following have an interest in the outcome in this case:

1. The parent corporation of MERS is MERSCORP, Inc.
2. There is no publicly held corporation owning 10% or more of MERS' stock.
3. MERSCORP, Inc. does not have a parent corporation.
4. The Federal Home Loan Mortgage Corporation and the Federal National Mortgage Association each owns 10% or more of MERSCORP, Inc.'s stock.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: May 6, 2010                                   SNELL & WILMER L.L.P.


By: /s/ Erica J. Stutman
PATRICK G. BYRNE, ESQ.
Nevada Bar No. 7636
ERICA J. STUTMAN, ESQ.
Nevada Bar No. 10794
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2010, I electronically filed the foregoing **DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.S' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

*/s/ Jaquelene Xxx*
An employee of Snell & Wilmer L.L.P.

11484394

- 3 -