# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MERLY CS RIGER, | ) | 3:10-CV-00233-RCJ-(VPC) |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| FIRST HORIZON HOME LOAN CORPORATION, et al., | ) | |
| Defendants. | ) | |

The Court stays all proceedings in this case for the following reason. At the end of last year, the United States Judicial Panel on Multi-District Litigation, (the "Panel"), consolidated numerous cases in which plaintiffs allege that Mortgage Electronic Registration Systems, Inc., ("MERS"), engaged in improper business practices when processing home loans. The Panel assigned Judge Teilborg in the District of Arizona to oversee these cases, and he will preside over all issues (discovery, dispositive motions, settlement) except for trials. *In re Mortgage Electronic Registration Systems* (*MERS*) *Litigation*, MDL No. 2119 (Dec. 7, 2009). In its decision to create this multi-district litigation, the Panel consolidated nine cases from Nevada, but noted that additional "tag-along" cases with similar factual issues could be added to the list of consolidated cases.

Defendant Litton Loan Servicing LP ("Defendant") filed a Notice of Tag-Along Action with the Panel on April 22, 2010, requesting that this case be transferred to Judge Teilborg in the District of Arizona. (Notice (#4)). Because the Panel may grant Defendant's request, the Court stays all proceedings in this matter.

1

#### CONCLUSION

Accordingly, IT IS ORDERED that all proceedings in this case are STAYED pending the Panel's decision as to whether to add this case as a tag-along to the multi-district litigation.

DATED: This 30th day of April, 2010.

_____
Robert C. Jones
UNITED STATES DISTRICT JUDGE