UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MERLY RIGER,  )
                Plaintiff,  )
     vs.  )   3:10-cv-00233-RCJ-VPC
LITTON LOAN SERVICING, LP et al.,  )   **ORDER**
                Defendants.  )

       This case arises out of the foreclosure of Plaintiff's mortgage. Several motions are pending before the Court. The Judicial Panel on Multidistrict Litigation has transferred the case to the District of Arizona for pretrial proceedings in Case No. 2:09-md-02119-JAT and has simultaneously separated and remanded all causes of action not related to the formation and operation of the MERS system. Judge Teilborg has not yet issued a partial remand order in this case. Until he does so, the Court lacks jurisdiction to rule on the pending motions. Accordingly,

**CONCLUSION**

       IT IS HEREBY ORDERED that all pending motions are DENIED without prejudice. Upon remand from Case No. 2:09-md-02119-JAT, Plaintiff shall file a copy of the partial remand order into the docket within seven days. This order is not a preliminary injunction.

       Dated this 4th day of February, 2011.

_____
ROBERT C. JONES
United States District Judge