# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MERLY CS RIGER, *et al.*, <br>     Plaintiffs, <br> vs. <br> LITTON LOAN SERVICING, LP, *et al.*, <br>     Defendants. | Case No.:   3:10-CV-00233-RCJ-VPC <br><br> **MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

On July 15, 2014, the Ninth Circuit Court of Appeals affirmed this Court's Order granting dismissal of the claims remanded pursuant to the MDL Court Order (ECF #117). Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court enter judgment accordingly and close this case.

IT IS FURTHER ORDERED that the lis pendens recorded against the various properties at issue in this case are hereby EXPUNGED.

IT IS SO ORDERED this 23rd day of April, 2015.

_____
ROBERT C. JONES
District Judge